MARY LOU MATEY *v.* CITY OF WATERBURY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 24 Conn. App. 93, is denied.

*Laurence V. Parnoff,* in support of the petition.

*Michael J. Belzer,* assistant attorney general, in opposition.

Decided April 11, 1991

STATE OF CONNECTICUT *v.* JOSE COTTO

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 801, is denied.

*Brian M. O'Connell,* in support of the petition.

*Margaret Gaffney Radionovas,* deputy assistant state's attorney, in opposition.

Decided April 11, 1991

THE CHASE MANHATTAN BANK, N.A. *v.*
STEPHANIE W. SHEA

The plaintiff's petition for certification for appeal from the Appellate Court, 24 Conn. App. 169, is denied.

*Stephen R. Humphery,* in support of the petition.

*Deborah L. Magnotta,* in opposition.

Decided April 15, 1991

STATE OF CONNECTICUT *v.* RONALD MOODY

The defendant's petition for certification for appeal from the Appellate Court is dismissed.

*Christine Perra,* in support of the petition.

*James A. Killen,* assistant state's attorney, in opposition.

Decided April 18, 1991